Bruce Alan Woodward
673 W Via San Mateo
Green ValeyAZ 85614
(520) 647-4468



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce Alan Woodward,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Custom and Border Protection agency (CBP);<br>Acting Director of CBP Chad Wolf,<br><br>　　　　　Defendant(s). | CASE NUMBER:<br><br><br>COMPLAINT |

## Jurisdiction

　　This court has jurisdiction over this matter pursuant to I am suing the Customs and Border Protection (CBP) agency and its acting director, Chad Wolf for wrongly expelling me from the SENTRI (Trusted Traveler) program. §§ . The plaintiff is a resident of Green Valey, Pima County, AZ and a citizen of the United States. The defendant, , is a resident of Washington, DC and a citizen of the United States. The defendant, , is a resident of Washington, DC and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

　　On September 7, 2019 the CBP unjustly stripped me of my SENTRI border crossing privileges. Their action against me was arbitrary and capricious.  My attempts to understand their position have included: 1. Asking face-to-face for an explanation of the two frontline CBP officers who made the decision  2. Writing the federal SENTRI Ombudsman and receiving this response: "You do not meet the program eligibility requirements."   3. Making phone calls to the port directors Michael Humphries and Guadalupe Ramirez.  Neither will return my call. 4. Visiting office of  US Consul Virginia Staab in the Nogales, Sonora, Mexico (refused to meet) 5. Letter writing to Arizona State Representative Raul Grijalva (not his jurisdiction) 6. Letter writing to Arizona State Representative Ann Kirkpatrick (no response) 7. Letter writing to US Senator Martha McSally (deferred to Senator Simena's office) 8. Letter writing to US Senator Kirsten Sinema (rebuffed by CBP, gave up on helping me) 9. Letter writing to Dept. of Homeland Security Chad Wolf (unanswered) 10. Letter writing to Dept. of Homeland Security Mark Morgan

(unanswered) 11. Letter writing to Dept. of Homeland Security Ken Cucinelli (unanswered) 12. Letter writing to Chairman of Homeland Security Ron Johnson (unanswered) Additionally, I made a FOIA request for notes, audio and video of the interaction. I was told by the frontline CBP that this evidence exists and can be obtained through the FOIA process. On March 23, 2020 I received a response from my FOIA request (CBP-2020-023380) – I received a brief written account of the incident from perspective of the CBP which does not tell the story that audio and video would present. Their account of the incident is inaccurate and conveniently incomplete. Their notes selectively leave out the initial CBP provocation, the lack of escalation on my part and most importantly, their clam that my business dealings in Mexico were illegal and that they found 'evidence' in in my car. This 'evidence' was placed into a folder. No mention of this. And the only statement referencing the reason for my expulsion is that I do not meet the requirements for membership in SENTRI. We need the audio/video to present the unbiased and accurate account of the incident. They are withholding evidence and I filed an appeal on April 1, 2020 to this inadequate FOIA response. Next I will be taking my case to the public. I will use all available print, television and social media and public relations avenues to call attention to the Trusted Traveler bullying and abuse. CBP had no justification for expelling me from the SENTRI program and there is no reason for my FOIA requests to be denied. As a businessman conducting business on both the US and Mexican sides of the Nogales border, I am enduring a financial hardship without the SENTRI pass. Once the CPB provides me and the court with a detailed explanation for their action, I ask the court to judge the legal validity of their explanation.

## Demand

Presuming the CBP's failure to convince the court of a legitimate legal violation, I ask the court to instruct the CBP immediately reinstate my membership for a new 5-year period, without reapplication and additional fees. I further ask the court to condemn the CBP for their unjust action and admonish them to a) not retaliate against me at my daily/weekly border crossings and/or b) not retaliate against me upon my SENTRI reapplications every 5 years. I will need SENTRI indefinitely and retaliation or membership rejection based on them losing this case will not be tolerated. **Damages: The plaintiff requests no damages.**

Date: 4/9/20

Signature of Pro Se Plaintiff
Bruce Alan Woodward
673 W Via San Mateo
Green Valey, AZ 85614
(520) 647-4468