**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce Alan Woodward,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Customs and Border Protection, et al.,<br><br>　　　　Defendants. | No. CV-20-00151-TUC-DCB<br><br>**ORDER** |

　　　　On April 9, 2020, the Plaintiff, acting *pro se*, filed a Complaint against the Defendants, alleging that Custom and Border Protection (CBP) Defendants wrongly expelled him from the SENTRI (Secure Electronic Network for Travelers Rapid Inspection), Trusted Traveler program. SENTRI is a U.S. CBP card that allows expedited passage through U.S. border crossing points for low-risk travelers from Mexico. It is part of the Trusted Traveler programs, such as Global Entry, NEXUS, and FAST memberships. Defendant CBP is responsible for the United States' administration of these joint programs with Canada and Mexico.  8 U.S.C. § 1753.  Plaintiff alleges that he has sent inquiries, including a Freedom of Information Act (FOIA) request, to CBP attempting to know the reason for his expulsion but no explanation nor any FOIA documents have been forthcoming. He alleges that CBP has acted arbitrarily and capriciously in expelling him from the SENTRI program. The Court has federal question jurisdiction over the case pursuant to 28 U.S.C. § 1331.

Plaintiff also seeks leave to proceed *in forma pauperis* and asks to be allowed to electronically file and serve documents via the Court's electronic filing system, CM/ECF. Plaintiff has lodged an affidavit of inability to pay costs or give security for the commencement of this action. It appears that the Plaintiff meets the requirements of 28 U.S.C. § 1915 for indigency.

  **Accordingly,**

  **IT IS ORDERED** that the Motion to Proceed *In Forma Pauperis* (Doc. 2) is GRANTED. Plaintiff may proceed *in forma pauperis*, without prepayment of fees and costs or security therefor, and the Complaint shall be filed.

  **IT IS FURTHER ORDERED** that the Motion to Allow Electronic Filing (Doc. 6) is GRANTED. The Plaintiff is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures manual, including: having the required equipment and software, a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions; being able to electronically transmit documents to the court in .pdf, complete the attached form to register as a user with the Clerk's office within (5) five days of the date of this Order, and register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

  **IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of this Order, a copy of the Complaint, and Summons upon Defendants as directed by the Plaintiff and for the individual Defendant Wolf, personally serve a copy of the Summons, Complaint, and this Order at Government expense, pursuant to Rule 4(e)(2) and (i)(3) of the Federal Rules of Civil Procedure. All costs of service shall be advanced by the United States.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff service packets including a copy of this Order, a copy of the Complaint, and the summons form for serving Defendant CBP and Defendant Wolf.

**IT IS FURTHER ORDERED** that the Plaintiff shall complete and return the service packets to the Clerk of the Court within 21 days of the filing date of this Order. The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

**IT IS FURTHER ORDERED** that upon receipt of the returned service packet, the Clerk of Court must send by certified mail a copy of the Summons for individual Defendant Wolf, the Complaint, and this Order to (1) the civil process clerk at the office of the United States Attorney for the District of Arizona and (2) the Attorney General of the United States, pursuant to Rule 4(i)(1) of the Federal Rules of Civil Procedure; and send by certified mail a copy of the Summons for CBP, the Complaint and this Order to Defendant CBP at 1300 Pennsylvania Ave NW, Washington, DC 20004.

**IT IS FURTHER ORDERED** that if from any fault of the Plaintiff, service of the summons and Complaint cannot be obtained for each Defendant within 90 days of the date the Complaint was filed, or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the United States Marshal shall retain the summons, a copy of the Complaint, and a copy of this Order for future use.

**IT IS FURTHER ORDERED** that the United States Marshal shall, within ten days after service is affected, file the return of service for the Defendants.

**IT IS FURTHER ORDERED** that Defendant shall answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the Plaintiff shall serve upon Defendant, or if appearance has been entered by counsel, upon counsel, a copy of every further pleading or other document submitted for consideration by the Court.  Plaintiff shall include with the

original document and copy, to be filed with the Clerk of the Court, certification stating the date a true and correct copy of the pleading or document was mailed to Defendant or counsel. Any paper received by a District Court Judge which has not been filed with the Clerk of the Court may be disregarded by the Court.

**IT IS FURTHER ORDERED** that the Plaintiff must follow the Federal Rules of Civil Procedure and the Local Rules of Practice for the U.S. District Court of Arizona (Local Rules). Both are located on the website: www.azd.uscourts.gov at the tab "Rules, General Orders & Forms." Plaintiff should review the tab: "For Those Proceeding Without an Attorney." The Plaintiff is instructed to take special notice of Local Rule 7.2, which provides specifics for filing and responding to civil motions, especially LRCiv. 7.2(i) which provides that non-compliance may be deemed a consent to the denial or granting of a motion and allows the Court to summarily dispose of a motion for failure to file a response.

**IT IS FURTHER ORDERED** that at all times during the pendency of this action, Plaintiff shall immediately advise the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Failure to file a NOTICE OF CHANGE OF ADDRESS may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated this 12th day of May, 2020.

Honorable David C. Bury
United States District Judge