# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce Alan Woodward,<br><br>        Plaintiff,<br><br>v.<br><br>United States Customs and Border Protection, et al.,<br><br>        Defendants. | **NO. CV-20-00151-TUC-DCB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 1, 2022, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

February 1, 2022

        s/ J. McCarthy
By    Deputy Clerk
